Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by JAMES LAWSON, Respondent, v. WALLACE & KEENEY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of TESSIE BECKER, Respondent, for Compensation under the Workmen's Compensation Law, Due Her Husband, FRED BECKER, at the Time of His Death, v. CAREY PRINTING COMPANY, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Motions denied, with ten dollars costs in one motion.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of JOHN H. MARSH, Respondent, for Compensation under the Workmen's Compensation Law, v. GENERAL ELECTRIC COMPANY, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of GUNHILDE LANDE, Respondent, for Compensation under the Workmen's Compensation Law, v. PHŒNIX CONSTRUCTION COMPANY, Employer, and THE EMPLOYERS MUTUAL INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of Norman v. Merritt & Chapman Derrick & Wrecking Co. (200 App. Div. 360). All concur, except Cochrane, P. J., not voting.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by CHARLES W. PEAVEY, Respondent v. H. P. ROBERTSON COMPANY (JAMESTOWN MUTUAL INSURANCE COMPANY, Carrier), Employer, Appellant.— Motion denied, without costs.

FLOYD R. McDOUGALL, Appellant, v. GUY W. SHOEMAKER, Respondent.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ROBERT MITCHELL, Respondent, for Compensation under the Workmen's Compensation Law, v. ELSESSER ENGINEERING COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ARTHUR C. GRANT, Appellant, for Compensation under the Workmen's Compensation Law, v. UNITED STATES RAILROAD ADMINISTRATION; NEW YORK, ONTARIO AND WESTERN RAILROAD COMPANY, Employer, Respondent.— Decision reversed, with costs against the employer, respondent, on the authority of Industrial Commission v. Davis (decided by the U. S. Supreme Court May 29, 1922, 259 U. S. 182; 42 Sup. Ct. Rep. ——);* and claim remitted to the State Industrial Board for further consideration. All concur.

---

* See Industrial Commission v. Davis (259 U. S. 182; 66 L. ed. —— [U. S. Adv. Ops. 1921–22, p. 591]; 42 Sup. Ct. Rep. ——). By Proclamations dated March 26, 1921, and effective at noon on March 28, 1921, James C. Davis was appointed by President in place of John Barton Payne, resigned. (See 42 U. S. Stat. at Large, ——.) — [REP.